**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward Mack HICKS, Defendant–Appellant.**

No. 01–7759.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

Edward Mack Hicks, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Edward Mack Hicks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hicks,* Nos. CR–95–43; CA–97–153–5–V (W.D.N.C. filed Aug. 20, 2001, entered Aug. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*